**FILED**

07 MAR 30 PM 2: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF JEAN-PIERRE BELKALEM.

_____/

No. CR 07-70176 WHA (JCS)

**ORDER OF REFERENCE TO MAGISTRATE JUDGE JOSEPH SPERO**

This matter is hereby **REFERRED** to Magistrate Judge Joseph Spero for all matters related to the extradition of Jean-Pierre Belkalem. *See* 18 U.S.C. 3182.

**IT IS SO ORDERED.**

Dated: March 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE