**ORIGINAL**

**FILED**

APR X 6 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF JEAN-PIERRE BELKALEM | Misc. No. 3-06-70176 JCS (WHA) |

## ORDER

The Court having received the Complaint filed on March 27, 2007 by Assistant United States Attorney Tracie L. Brown of the Northern District of California, for and on behalf of the Government of France, pursuant to the request of the Government of France for the extradition of **Jean-Pierre Belkalem**.

And, further, the Court having been advised in open session by **Jean-Pierre Belkalem**, a fugitive from justice of the Government of France, that he is aware that the Government of France has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for the Northern District of California; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the United States and France and pursuant to the applicable sections of Title 18, United States Code Section 3184.

And, further, the Court having been advised by the fugitive, **Jean-Pierre Belkalem**, that

ORDER RE: WAIVER OF EXTRADITION
3-06-70176 JCS (WHA)

1  he does not desire to further contest the request for his return to France;

2  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the United States
3  Marshal for the Northern District of California deliver to the duly authorized representatives of
4  France or as directed by the United States Attorney's Office as a representative of France, the
5  person of **Jean-Pierre Belkalem** for the purpose of transporting said **Jean-Pierre Belkalem**
6  from the Northern District of California to the Territory of France to be held for trial or other
7  disposition; or to another designated authority in the interim, and it is further

8  ORDERED, ADJUDGED AND DECREED that the transfer of physical custody of the
9  said **Jean-Pierre Belkalem** shall be at such time and place as mutually agreed upon by the
10 United States Marshal for the Northern District of California and duly authorized representatives
11 of France.

13 Signed and entered this _6th_ day of April, 2007.

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

ORDER RE: WAIVER OF EXTRADITION
3-06-70176 JCS (WHA)                              -2-