1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6917
7  Facsimile: (415) 436-7234

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  IN THE MATTER OF THE          )   Misc. No.    3-07-70176 JCS (WHA)
    THE EXTRADITION OF            )
13  JEAN-PIERRE BELKALEM          )   [~~PROPOSED~~] ORDER OF DETENTION
                                  )
14                                )
                                  )
15                                )
                                  )
16                                )

17       Having reviewed the briefs filed by the parties, having heard oral argument and additional

18  papers presented by counsel for Jean-Pierre Belkalem, the extraditee, the Court hereby makes

19  findings and orders as follows:

20       The Court finds that the extraditee poses a flight risk, as evidenced by the fact that he left

21  France in 1987 while on pre-trial release and never returned, despite knowing of the pending

22  charge of aiding and abetting armed robbery;

23       The Court further finds that the "special circumstances" asserted by the extraditee's

24  counsel – asserted health concerns, alleged delay by the French government in finding him, and

25  the availability of bail for the underlying crime in France – are insufficient to justify his release

26  on bail;

27  ///

28  ///

AFFIDAVIT OF WAIVER
3-06-70176 JCS (WHA)

1       Accordingly, Jean-Pierre Belkalem shall be detained until the conclusion of the
2 extradition proceedings.
3 Signed and entered this 6th day of April, 2007.

                                                THE HON. JOSEPH C. SPERO
                                                United States Magistrate Judge

AFFIDAVIT OF WAIVER
3-06-70176 JCS (WHA)                 -2-